

**1:25-cr-00325
Judge Lindsay C. Jenkins
Magistrate Judge Keri L. Holleb Hotaling
RANDOM/ CAT. 3**



**FILED**
**6/17/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| vs. ) | |
| ) | Violation: Title 26, United States |
| ) | Code, Section 7203 |
| DEREK SASVELD ) | |

COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about July 15, 2020, in the Northern District of Illinois Eastern Division,

DEREK SASVELD,

defendant herein, a resident of the Northern District of Illinois, having received gross income in excess of the amount required to file a return and thereby required to file an income tax return following the close of calendar year 2019 and on or before July 15, 2020, willfully failed to make and file such return at the time required by law;

In violation of Title 26, United States Code, Section 7203.

_____
UNITED STATES ATTORNEY